# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 2, 2021

Lyle W. Cayce
Clerk

No. 21-10628

NaKisha Jackson,

*Plaintiff—Appellant*,

*versus*

UPM Service Corporation,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-800

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Plaintiff-Appellant NaKisa Jackson appeals the district court's order dismissing her claims without prejudice for failing to effect timely service on Defendants under Fed. R. Civ. P. 4(m). Because the record does not reflect that Jackson properly served the Complaint or Amended Complaint on Defendants as provided in Fed. R. Civ. P. 4(h), we AFFIRM.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.